⚜ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CAMDEN COUNTY, GEORGIA

**SUCV2020000425**

MAY 08, 2020 04:54 PM

Joy Turner, Clerk
Camden County, Georgia

## IN THE SUPERIOR COURT OF CAMDEN COUNTY
### STATE OF GEORGIA

ANETRIA M. WALTHOUR,            )
                                )
        Plaintiff,              )
                                )
v.                              )        Civil Action File No: _____
                                )
JEFFERY M. GRIFFIN,             )
                                )
        Defendant.              )
                                )

### DEMAND FOR JURY TRIAL

## COMPLAINT FOR PERSONAL INJURIES

COMES NOW, Anetria M. Walthour (hereinafter "Plaintiff") and shows this Court the following facts and circumstances in Support of this Complaint:

1.

Plaintiff resides in Kingsland, Camden County, Georgia and is subject to the jurisdiction of this court.

2.

Jeffery M. Griffin (hereinafter "Defendant") is subject to the jurisdiction of this Court and can be served with a Summons and Complaint, Plaintiff's First Request for Production of Documents to Defendant and Notice to Produce, Plaintiff's First Interrogatories to Defendant and Plaintiff's First Request for Admissions to Defendant by delivery of same to his residence at 599 Tomales Road, Petaluma, Sonoma County, California 94952.

3.

On or about April 16, 2019 on a public roadway known as East King Avenue near its intersection with JSJ Road, Plaintiff was operating a 2002 Toyota Camry in a safe and prudent manner.

1



4.

On or about April 16, 2019 on a public roadway known as East King Avenue near its intersection with JSJ Road while Failure to Yield in violation of O.C.G.A.§ 40-6-49 the Defendant recklessly caused a clear liability collision with Plaintiff's vehicle.

5.

The Defendant's outrageous acts proximately caused the instant clear liability collision and resulting personal injuries for which the Plaintiff seeks recovery.

6.

The Defendant involved in a clear liability collision, resulted in personal injuries for which the Plaintiff seeks recovery.

7.

Plaintiff shows that the aforesaid collision was proximately caused by the negligence of the Defendant and said acts of negligence of said individual include, but are not limited to, the following:

a)  Immediately after the aforesaid collision, Defendant was given citation #K52419012 for Failure to Yield in violation of O.C.G.A.§ 40-6-49 and therefore guilty of negligence;

b)  Immediately prior to the aforesaid collision, Defendant was Failed to Yield in violation of O.C.G.A.§ 40-6-49;

c)  Immediately prior to the aforesaid collision, Defendant misjudged clearance;

d)   Immediately prior to the aforesaid collision, Defendant failed to take evasive action;

e)  Immediately prior to the aforesaid collision, Defendant failed to warn;

f) Immediately prior to the aforesaid collision, Defendant failed to keep a proper lookout; and

g) Any and all acts of negligence which may be shown at trial.

8.

As a direct result of negligence on the part of the Defendant, Plaintiff was diagnosed with Costochondritis, back pain, and C5-6 herniated disc and incurred damages of medical expenses in excess of $89,886.41; extensive physical pain and suffering; mental anguish; and expenses of litigation.

9.

All injuries to Plaintiff as stated herein are due to the negligence of the Defendant and said negligence is the sole, direct, and proximate cause of injuries to the Plaintiff, unmixed with any negligence on the part of the Plaintiff or on the part of any other person.

WHEREFORE, the Plaintiff having set forth the facts and circumstances in support of this cause of action, respectfully requests to be GRANTED:

a) A trial by jury;

b) Compensatory damages in an amount to be determined at trial;

c) Expenses of litigation including reasonable attorney fees;

d) Such other relief as this Court may deem fair and reasonable.

This the 8th day of May 2020.

Respectfully submitted,

MONGE & ASSOCIATES,

/s/ *Amir Nowroozzadeh*

_____

Amir Nowroozzadeh, Esq.
Georgia State Bar No. 917064
Attorney for Plaintiff

8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350
800-899-5750
Amir@Monge.Lawyer

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CAMDEN COUNTY, GEORGIA

**SUCV2020000425**

MAY 08, 2020 04:54 PM

Joy Turner, Clerk
Camden County, Georgia

## IN THE SUPERIOR COURT OF CAMDEN COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| ANETRIA M. WALTHOUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action File No:** _____ |
| | ) | |
| JEFFERY M. GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEMAND FOR JURY TRIAL**

<u>PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT</u>

NOW COMES, Anetria M. Walthour (hereinafter "Plaintiff") pursuant to the Georgia Civil Practice Act and serves these Interrogatories upon Jeffery M. Griffin (hereinafter "Defendant"), and requests that they be answered fully, in writing and under oath, within forty-five (45) days of the service hereof as prescribed in said Rule.

These interrogatories shall be deemed continuing so as to require supplemental answers if the Defendant obtains further or different information between the time responses are served and the time of trial, as required by law.

### DEFINITIONS

As used herein, the terms listed below are defined as follows:

1.     "Document" shall mean every writing and record of every type and description that is or has been in the Defendant's possession, custody, or control or of which the Defendant has knowledge, including but not limited to correspondence, memoranda, email, tapes, stenographic or handwritten notes, studies, publications, books, pamphlets, voice recordings, minutes or statistical compilations, or any other recorded or graphic material in whatever form, including drafts and reproductions.

1

2.      "Person" shall mean any natural person, corporation, partnership, proprietorship, association, governmental entity, agency, group, organization, or group of persons.

3.      To "identify" a "document" shall mean to provide the following information irrespective of whether the document is deemed privileged or subject to any claim of privilege:

(a)     The title or other means of identification of each such document;

(b)     The date of each such document;

(c)     The author of each such document;

(d)     The recipient or recipients of each such document, including but not limited to the Defendant or anyone who purports to represent Defendant;

(e)     The present location of any and all copies of each such document in the care, custody, or control of the Defendant.

(f)     The names and current addresses of any and all persons who have custody or control of each such document or copies thereof; and

(g)     If all copies of the document have been destroyed, the names and current addresses of the person or persons authorizing the destruction of the document and the date the document was destroyed.

4.      To "identify" a natural person means to state that person's full name, title or affiliation, and last known address and telephone number. To "identify" a person that is a business, organization, or group of persons means to state the full name of such business, organization, or group of persons, the form of the business, organization, or group of persons and to "identify" the natural person who would have knowledge of the information sought by the interrogatory.

5.      "Relate to" or "related to" shall mean relating to, reflecting, concerning, or evidencing in any way.

2

6.      "Complaint" refers to the Complaint filed by Plaintiff in this action.

7.      If any interrogatory cannot be answered in full, answer to the extent possible and specify reasons for the inability to answer.

<u>INTERROGATORIES</u>

1.

Please identify your full name, address, date of birth, marital status, the last four digits of your social security number, any other names you may be known, and the names and addresses of any relatives you have in the county in which the above captioned action is pending.

2.

Please state the name, address and telephone number of each person whom you believe to have any knowledge concerning the facts and issues in the above styled case.

3.

Identify all owners and lessors of the vehicle you were operating at the time of the subject collision.  How long have you operated this vehicle?

4.

Where had you been prior to the instant collision, where were you going at the time of the collision and what time were you due to arrive at your destination.

5.

Please describe in detail how you contend the occurrence which is the subject of this suit occurred.

6.

Please identify all statements which you said or heard at the scene of this wreck, within one (1) hour after the incident and admissions of fault which you are contending were made by the

3

Parties, Police Officer(s), Witnesses or other persons with knowledge.

7.

What was the extent of damage sustained to the vehicle you were driving as a result of the collision, giving the time of loss of use, cost of repair and who repaired the vehicle.

8.

If you received a ticket of any sort as a result of this collision, state the charge on the ticket, the court involved and the disposition of the charge.

9.

Please state whether or not you consumed any alcoholic beverages or drugs of any kind within the twelve hours prior to this collision.  If yes, please state the amount, time and place where the alcohol or drugs were consumed.

10.

If you are claiming the Plaintiff was partially or contributory negligent, please specify each act of negligence.

11.

If you are claiming the Plaintiff's injuries may have been caused by a prior incident or otherwise existed prior to the incident involving the Defendant, please list the facts in support of this claim of which you have knowledge at the time these Interrogatories are served.

12.

Please review your driver's license and list your classification and any restrictions.

13.

At the time and place of the incident referred to in the Complaint, were you on the business of any other person, firm or corporation.  If so please identify such person, firm or corporation and

4

give the nature of the business relationship which existed at that time.

14.

Please identify whether you are near-sighted or far-sighted, and the name, address and telephone number of your optometrist.

15.

Please identify the names, addresses, telephone numbers of all hospitals, physicians, chiropractors, psychologists, psychiatrists and practitioners of the healing arts who have examined you for any injuries resulting from this collision.

16.

Identify each person whom you expect to call as an expert witness at trial and state the subject matter on which said experts are expected to testify and the substance of the facts and opinions to which the expert is expected to testify and the summary of grounds for each opinion and the address, telephone number and training of said expert.

17.

Identity all insurance policies, umbrella policies, indemnity agreements and excess liability policies in force and effect on the date of loss which provide coverage to you, the vehicle you were driving or otherwise apply to this incident by stating the insurer name, address, policy number, claim number, adjuster, named insured's relationship to driver and amount of available coverage.

18.

Please state your address at the time of the subject collision along with the identity of all persons with whom you were residing and your relationship to said persons

19.

Identify any and all civil actions which you have been either a Plaintiff or Defendant by

stating the following: parties, case number, jurisdiction, nature of case, and opposing counsel's address and telephone number.

20.

Please identify all prior criminal charges or convictions by jurisdiction, offense, accusation or indictment number, and disposition, including first offender charges and pleas of nolo contendere, in which you have been a previous Defendant.

21.

State in detail the factual basis for each defense you have raised in your Answer to the Complaint.

22.

If you contend another party was wholly or partially responsible for damages sustained by the Plaintiff, please identify the name, address and telephone number of said party.

23.

A listing of documents or tangible properties in the Defendant's possession, custody or control which support facts relevant to this litigation. E.H. Siler Realty & Business Broker, Inc., v. Sanderlin, 158 Ga. App. 796(2), 282 SE 2d 381 (1981).

24.

Please identify the name, address and telephone number of every pharmacist or drug store which has filled any prescriptions for you in the (30) days prior to the instant motor vehicle collision.

25.

Please identify each person who participated preparing the answers to these interrogatories and the documents used in reliance thereon.

26.

Identify by name each document which supports any contention that the Plaintiff's injuries were not proximately caused by the incident involving the Defendant or were pre-existing in nature.

27.

Please identify all documents for any cell phone, car phone, mobile phone, pager, or radio communication device which you owned, had access to, or used on the date of the collision, including but not limited to contracts of service, billing statements, invoices, and itemized statements. This interrogatory seeks the name, address, and billing information for any contracts of service related to the communication media described in this Interrogatory.

28.

Please identify each document which you have withheld from production in response to Plaintiff's First Request for Production of Documents, under any claim of privilege or qualified immunity, including in your response the basis on which each document was withheld.

29.

Identify each internet social networking site that you have used during the past five years (e.g., Facebook, Google+, Instagram, Snapchat, Twitter, LinkedIn, Tumblr, etc.); and for each, include the name and address of the service provider and account-holder, your user name or avatar, the internet address where the account is/was available, and the dates which you used the account.

30.

If you owned any credit cards of any kind on the date of the accident made the basis of this lawsuit (and/or have obtained new credit cards since the subject accident), please list and identify all such cards, giving the name of the creditor, the credit card number and the address of the

creditor to whom payments are made.

This the 8th day of May 2020.

Respectfully submitted,

MONGE & ASSOCIATES,

/s/ Amir Nowroozzadeh

_____
Amir Nowroozzadeh, Esq.
Georgia State Bar No. 917064
Attorney for Plaintiff

8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350
800-899-5750
Amir@Monge.Lawyer

8

✤ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CAMDEN COUNTY, GEORGIA

**SUCV2020000425**

MAY 08, 2020 04:54 PM

*Joy Lynn Turner*
Joy Turner, Clerk
Camden County, Georgia

**IN THE SUPERIOR COURT OF CAMDEN COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| ANETRIA M. WALTHOUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No: _____ |
| | ) | |
| JEFFERY M. GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEMAND FOR JURY TRIAL**

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS TO DEFENDANT AND NOTICE TO PRODUCE

Pursuant to O.C.G.A. § 9-11-34, Anetria M. Walthour (hereinafter "Plaintiff") hereby requests that Jeffery M. Griffin (hereinafter "Defendant") produce and/or permit the Plaintiff to copy the requested documents. Pursuant to O.C.G.A. § 24-10-26, you are further requested to produce said documents at the trial of this case, whenever trial may be held. When used in the Request for Production of Documents, the identity "Defendant" or any synonym thereof is intended to and shall embrace and include, in addition to said entity, Counsel for Defendant, and all agents, servants, insurance adjusters, employees, representatives, private investigators, and others who are in possession of or may have obtained information for or on behalf of the Defendant.

This Request for the Production of Documents shall be deemed continuing, and supplemental answers shall be required if the Defendant either directly or indirectly obtains further information of the nature sought herein between the time that this Request is responded to and the time of the trial. These documents shall be produced at 10:00 a.m. on the forty-fifth (45) day after

1

service to Monge & Associates, 8205 Dunwoody Place, Building 19, Atlanta, Georgia 30350 800-899-5750, unless other arrangements are made between the parties.

## DOCUMENTS REQUESTED

1.

All insurance agreements, policies, umbrella policies, reinsurance agreements, indemnity agreements and excess liability policies under which any person or corporation carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the above named action or to indemnify or reimburse for payments made to satisfy the judgment.

2.

Written or recorded statements made by any witness, party or other person having information or knowledge of any fact or circumstance in this action routinely obtained as a standard practice of investigation. Atlantic Coast Line Railroad Company v. Gause, 116 Ga. App. 216, 156 SE 2d 476 (1967).

3.

Damage appraisals and repair invoices (including supplemental) related to any vehicle involved in the collision described in Plaintiff's Complaint and copies of checks disbursed related to property damage.

4.

All photographs taken of the crash scene, vehicles involved in the collision and the Parties related to the incident described in the Plaintiff's Complaint.

5.

All documents relating to any convictions of moral turpitude or felony convictions

2

involving the Defendant.

6.

A color copy front and back of your driver's license.

7.

Title to the vehicle driven by the Defendant involved in the collision with the Plaintiff or the lease papers or contracts if the vehicle was not owned by the Defendant.

8.

All documents which you have or subsequently receive in response to any O.C.G.A. § 9-11-34 Request issued to any Non-Party in the above styled action.

9.

All documents which support any contention that the Plaintiff's injuries were not proximately caused by the incident involving the Defendant or were pre-existing in nature.

10.

Any and all medical reports, records or documents which will be used at the time of trial and or deposition for purposes of impeachment and or any other purpose allowable under the Georgia Civil Practice Act.

11.

Please produce all documents for any cell phone, car phone, mobile phone, pager, or radio communication device which you owned, had access to, or used on the date of the collision, including but not limited to billing statements, invoices, and itemized statements inclusive of the date of the collision giving rise to this litigation.

12.

Documents or tangible properties in the Defendant's possession, custody or control which support facts relevant to this litigation.

13.

Copies of all online profiles (e.g., Facebook, Google+, Instagram, Snapchat, Twitter, LinkedIn, Tumblr, etc.), postings, messages (including, but not limited to, tweets, replies, retweets, direct messages, status updates, wall comments, groups joined, activity streams and blog entries), photographs, videos and online communications from April 16, 2019 to December 31, 2019 for each social media site listed in your response to Plaintiff's First Interrogatories to Defendant.

This the 8th day of May 2020.

Respectfully submitted,

MONGE & ASSOCIATES,

/s/ Amir Nowroozzadeh

_____

Amir Nowroozzadeh, Esq.
Georgia State Bar No. 917064
Attorney for Plaintiff

8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350
800-899-5750
Amir@Monge.Lawyer

4

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CAMDEN COUNTY, GEORGIA

**SUCV2020000425**

MAY 08, 2020 04:54 PM

Joy Turner, Clerk
Camden County, Georgia

## IN THE SUPERIOR COURT OF CAMDEN COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ANETRIA M. WALTHOUR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action File No: _____ |
| | ) |
| JEFFERY M. GRIFFIN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEMAND FOR JURY TRIAL**

<u>PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT</u>

NOW COMES, Anetria M. Walthour (hereinafter "Plaintiff") pursuant to O.C.G.A.§ 9-11-36 requests that Jeffery M. Griffin (hereinafter "Defendant") admit or deny the truth of the following statements with the time allowed by law and that the Defendant serve a copy of your responses hereto upon Monge & Associates, 8205 Dunwoody Place, Building 19, Atlanta, Georgia 30350. Please admit or deny the following:

1.

The incident giving rise to the subject action occurred on April 16, 2019.

2.

You were properly served with a copy of the Summons, Complaint, Interrogatories, and Request for Production of Documents and Request for Admissions in this action.

3.

You were properly served with a copy of the Summons and Complaint in this action within the applicable statute of limitations.

1

4.

You are a proper party to this action.

5.

You are the only necessary Defendant to this action.

6.

This Court has jurisdiction over this action.

7.

Venue is proper before this Court.

8.

Plaintiff has stated a claim against you for which relief may be granted.

9.

No act or omission on the part of Plaintiff caused the subject collision.

10.

No act or omission on the part of the Plaintiff contributed to the subject collision.

11.

You were negligent per se in causing the subject collision.

12.

Your negligence was the sole proximate cause of the subject collision.

13.

Plaintiff was physically injured as a result of the subject collision.

14.

You or someone on your behalf has obtained copies of Plaintiff's medical records to show Plaintiff was physically injured in the incident.

2

15.

You or someone on your behalf has conducted surveillance on Plaintiff.

16.

You or someone on your behalf has conducted a background check on Plaintiff.

17.

You gave a recorded statement to your insurance company before Plaintiff filed this action.

18.

You were given citation #K52419012 for Failure to Yield in violation of O.C.G.A.§ 40-6-49.

19.

Plaintiff did not cause or contribute to the incident described in Plaintiff's Complaint.

20.

Defendant has been involved in one or more prior motor vehicle accidents prior to the accident described in Plaintiff's Complaint.

This the 8th day of May 2020.

Respectfully submitted,

MONGE & ASSOCIATES,

/s/ Amir Nowroozzadeh

_____

Amir Nowroozzadeh, Esq.
Georgia State Bar No. 917064
Attorney for Plaintiff

8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350
800-899-5750
Amir@Monge.Lawyer

3

## SUPERIOR COURT OF CAMDEN COUNTY
## STATE OF GEORGIA

CIVIL ACTION NUMBER   SUCV2020000425

Walthour , Anetria M

_____

**PLAINTIFF**

**VS.**

Griffin , Jeffery M.

_____

**DEFENDANT**

### SUMMONS

TO: GRIFFIN , JEFFERY M.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Amir Nowroozadeh**
> **MONGE & ASSOCIATES**
> **(RDAPONTE@MONGEASSOCIATES.COM**
> **8200 Dunwoody Place**
> **Building 19**
> **Atlanta, Georgia 30350**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 8th day of May, 2020.**

Clerk of Superior Court

Joy Turner, Clerk
Camden County, Georgia

### General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of  Camden _____ County

| For Clerk Use Only |
|---|
| **Date Filed** 05-08-2020 _____ **Case Number** SUCV2020000425 _____ |
| **MM-DD-YYYY** |

**Plaintiff(s)**

Walthour , Anetria  M

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

Griffin , Jeffery M.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Nowroozadeh, Amir _____   **Bar Number** 917064 _____   **Self-Represented** ☐

### Check one case type and, if applicable, one sub-type in one box.

| General Civil Cases | Domestic Relations Cases |
|---|---|
| ☑ **Automobile Tort** | ☐ **Adoption** |
| ☐ **Civil Appeal** | ☐ **Contempt** |
| ☐ **Contract** | ☐ Non-payment of child support, medical support, or alimony |
| ☐ **Contempt/Modification/Other Post-Judgment** | ☐ **Dissolution/Divorce/Separate Maintenance/Alimony** |
| ☐ **Garnishment** | ☐ **Family Violence Petition** |
| ☐ **General Tort** | ☐ **Modification** |
| ☐ **Habeas Corpus** | ☐ Custody/Parenting Time/Visitation |
| ☐ **Injunction/Mandamus/Other Writ** | ☐ **Paternity/Legitimation** |
| ☐ **Landlord/Tenant** | ☐ **Support – IV-D** |
| ☐ **Medical Malpractice Tort** | ☐ **Support – Private (non-IV-D)** |
| ☐ **Product Liability Tort** | ☐ **Other Domestic Relations** |
| ☐ **Real Property** | |
| ☐ **Restraining Petition** | |
| ☐ **Other General Civil** | |

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____ _____
**Case Number**              **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.20

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Monge & Associates
Attn: Amir Nowroozadeh
8205 Dunwoody, Bldg 19
Atlanta GA 30350
TELEPHONE NO.: 800-899-5750          FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Anetria M Walthour

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
~~FOR COURT USE ONLY~~ COUNTY, GEORGIA

**SUCV2020000425**

**JUL 07, 2020 07:19 AM**

*Joy Turner, Clerk*
*Camden County, Georgia*

Superior Court Camden County
STREET ADDRESS:    210 E 4th Street
MAILING ADDRESS:   Woodbine GA 31569
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: Anetria M Walthour

DEFENDANT/RESPONDENT: Jeffery M. Griffin

CASE NUMBER:

SUCV2020000425

**Proof of Unsuccessful Service**

Ref. No. or File No.:
20000681

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I received the following papers on 06/15/2020:

    f. ☒ other *(specify documents)*: SUMMONS & COMPLAINT, INTERROGATORIES, REQUEST FOR PRODUCTION, REQUEST FOR ADMISSIONS

3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:

    Jeffrey M. Griffin
    599 Tomales Road  Petaluma CA 94952

4. See attached **declaration of diligence** stating actions taken first to attempt personal service.

5. I served the party

    a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on                    (2) at

    b. ☐ **by substituted service.** On:                    at:                    I left the documents listed in item 2 with or in the presence of:

        (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on.

            ☐ a declaration of mailing is attached.

    c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

        (1) on *(date)*:                    (2) from *(city)*:

        (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt)* (Code Civ. Proc., § 415.30.)

        (4) ☐ to an address outside California with return receipt requested (Code Civ. Proc., § 415.40.)

Court Copy

d. ☐ **by other means**. Method      On:      at:

6. The "Notice to Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant
    b. ☐ as the person sued under the fictitious name of:
    c. ☐ as occupant
    d. ☐ On behalf of:
      under the following Code of Civil Procedure section:
          ☐ 416.10 (corporation)
          ☐ 416.20 (defunct corporation)
          ☐ 416.30 (joint stock company/association)
          ☐ 416.40 (association or partnership)
          ☐ 416.50 (public entity)
          ☐ 415.95 (business organization, form unknown)
          ☐ 416.60 (minor)
          ☐ 416.70 (ward or conservatee)
          ☐ 416.90 (authorized person)
          ☐ 415.46 (occupant)
          ☐ Other:

7. **Person who attempted service:**
    a. Name:            J Ryan
    b. Address:        Civil Bureau 2796 Ventura Avenue Santa Rosa, CA 95403
    c. Telephone number:     707-565-2751
    d. The fee for service was: $   55.00
    e. I am:
          (1) ☒ not a registered California process server.
          (2) ☐ exempt from registration under Business and Professional Code section 22350(b).
          (3) ☐ a registered California process server:
              (i) ☐ owner  ☐ employee  ☐ independent contractor.
              (ii) Registration No.:
              (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or

9. ☐ **I am a California sheriff or marshall and** I certify that the foregoing is true and correct.

Wednesday, June 17, 2020                Mark Essick, Sheriff-Coroner
                                                County of Sonoma

By: _____
                              Sheriff's Authorized Agent

Remarks: Defendant no longer at this location.

| ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| Monge & Associates<br>Attn: Amir Nowroozadeh<br>8205 Dunwoody, Bldg 19<br>Atlanta GA 30350 | |
| EMAIL: | |
| ATTORNEY FOR: Anetria M Walthour | |

| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY | |
|---|---|
| Superior Court Camden County<br>210 E 4th Street<br>Woodbine GA 31569 | |

| PLAINTIFF:<br>Anetria M Walthour | COURT CASE NO.: |
|---|---|
| DEFENDANT:<br>Jeffery M. Griffin | SUCV2020000425 |

| **Declaration of Diligence** | LEVYING OFFICER FILE NO.: |
|---|---|
| | 20000681 |

Declaration of attempts to personally serve: Jeffrey M. Griffin

| | Date/Time | Method | Deputy | Address |
|---|---|---|---|---|
| 1 | 06/17/2020 9:41 am | PERSONAL | J Ryan | 599 Tomales Road  Petaluma CA 94952 |
| | | Remark: Defendant no longer at this location. | | |

Superior Court Camden County
210 E 4th Street
Woodbine GA 31569

*** This certificate ONLY for out of state courts ***

---

## ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of Sonoma

On June 17, 2020 , before me Thomas Lee Amador - Notary Public
(insert name and title of the officer)

personally appeared T. Serbins

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same
in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY of PERJURY under the laws of the state of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

THOMAS LEE AMADOR
Notary Public – California
Sonoma County
Commission # 2186947
My Comm. Expires Mar 18, 2021

Signature Thomas Lee Amador          (Seal)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Monge & Associates<br>Attn: Amir Nowroozadeh<br>8205 Dunwoody, Bldg 19<br>Atlanta GA 30350 | |

TELEPHONE NO.: 800-899-5750       FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): Anetria M Walthour

Superior Court Camden County

STREET ADDRESS:    210 E 4th Street

MAILING ADDRESS:    Woodbine GA 31569

CITY AND ZIP CODE:

BRANCH NAME:

| PLAINTIFF/PETITIONER: Anetria M Walthour | CASE NUMBER: |
|---|---|
| | SUCV2020000425 |
| DEFENDANT/RESPONDENT: Jeffery M. Griffin | |

| Proof of Unsuccessful Service | Ref. No. or File No.: |
|---|---|
| | 20000681 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I received the following papers on 06/15/2020:

    f. ☒ other (specify documents): SUMMONS & COMPLAINT, INTERROGATORIES, REQUEST FOR PRODUCTION, REQUEST FOR ADMISSIONS

3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:

    Jeffrey M. Griffin

    599 Tomales Road  Petaluma CA 94952

4. See attached **declaration of diligence** stating actions taken first to attempt personal service.

5. I served the party

    a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on                    (2) at

    b. ☐ **by substituted service.** On:                    at:            I left the documents listed in item 2 with or in the presence of:

        (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on.

           ☐ a declaration of mailing is attached.

    c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

        (1) on (date):                    (2) from (city):

        (3) ☐ with two copies of the Notice and Acknowledgement of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgment of Receipt) (Code Civ. Proc., § 415.30.)

        (4) ☐ to an address outside California with return receipt requested (Code Civ. Proc., § 415.40.)

Requestor Copy

d. ☐ **by other means.** Method                On:                    at:

6. The "Notice to Person Served" (on the summons) was completed as follows:

    a. ☐ as an individual defendant

    b. ☐ as the person sued under the fictitious name of:

    c. ☐ as occupant

    d. ☐ On behalf of:

    under the following Code of Civil Procedure section:

        ☐ 416.10 (corporation)

        ☐ 416.20 (defunct corporation)

        ☐ 416.30 (joint stock company/association)

        ☐ 416.40 (association or partnership)

        ☐ 416.50 (public entity)

        ☐ 415.95 (business organization, form unknown)

        ☐ 416.60 (minor)

        ☐ 416.70 (ward or conservatee)

        ☐ 416.90 (authorized person)

        ☐ 415.46 (occupant)

        ☐ Other:

7. **Person who attempted service:**

    a. Name:                         J Ryan

    b. Address:                      Civil Bureau 2796 Ventura Avenue Santa Rosa, CA 95403

    c. Telephone number:       707-565-2751

    d. The fee for service was: $   55.00

    e. I am:

        (1) ☒ not a registered California process server.

        (2) ☐ exempt from registration under Business and Professional Code section 22350(b).

        (3) ☐ a registered California process server:

            (i)  ☐ owner   ☐ employee   ☐ independent contractor.

            (ii)  Registration No.:

            (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshall and** I certify that the foregoing is true and correct.

Wednesday, June 17, 2020                                    Mark Essick, Sheriff-Coroner
County of Sonoma

By: _____
Sheriff's Authorized Agent

Remarks: Defendant no longer at this location.

| ATTORNEY (Name and Address):<br><br>Monge & Associates<br>Attn: Amir Nowroozadeh<br>8205 Dunwoody, Bldg 19<br>Atlanta GA 30350<br><br>EMAIL:<br><br>ATTORNEY FOR: Anetria M Walthour | FOR COURT USE ONLY |
|---|---|
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br><br>Superior Court Camden County<br>210 E 4th Street<br>Woodbine GA 31569 | |
| PLAINTIFF:<br>Anetria M Walthour<br>DEFENDANT:<br>Jeffery M. Griffin | COURT CASE NO.:<br><br>SUCV2020000425 |
| **Declaration of Diligence** | LEVYING OFFICER FILE NO.:<br>20000681 |

Declaration of attempts to personally serve: Jeffrey M. Griffin

| | Date/Time | Method | Deputy | Address |
|---|---|---|---|---|
| 1 | 06/17/2020 9:41 am | PERSONAL | J Ryan | 599 Tomales Road  Petaluma CA 94952 |
| | Remark: Defendant no longer at this location. | | | |

Monge & Associates
Attn: Amir Nowroozadeh
8205 Dunwoody, Bldg 19
Atlanta GA 30350

LEAVE OF ABSENCE

⚜ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CAMDEN COUNTY, GEORGIA

**SUCV2020000425**

AUG 06, 2020 04:03 PM

*Joy Lynn Turner*
Joy Turner, Clerk
Camden County, Georgia

DATE:        August 6, 2020

TO:          ALL JUDGES, CLERKS OF COURT AND COUNSEL OF RECORD

FROM:        AMIR NOWROOZZADEH

RE;          LEAVE OF ABSENCE

COMES NOW Amir Nowroozzadeh and respectfully notifies all judges before whom he has cases pending, all affected clerks of court and all opposing counsel, the he will be on leave pursuant to Georgia Uniform Court Rule 16.

1.        The periods of leave during which time Applicant will be away from the practice of law are:

August 14, 17, 21, 24 and 25, 2020;

September 11 and 18, 2020;

October 1, 2, 5, 6, 23, 26, and 27, 2020;

November 25, 26, and 27, 2020; and

December 23, 24, 28, 29 and 30, 2020.

for the purpose of bar meetings, vacation, and traveling out of the country.

2.        All affected judges and opposing counsel shall have 10 days from the date of this notice to object.  If no objections are filed, the leave shall be granted.

This the 6th day of August 2020.

Respectfully submitted,
MONGE & ASSOCIATES,

/s/ *Amir Nowroozzadeh*
_____
Amir Nowroozzadeh, Esq.
Georgia State Bar No. 917064
Attorney for Plaintiffs

1

8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350
800-899-5750
Amir@Monge.Lawyer

<u>CERTIFICATE OF SERVICE</u>

The undersigned, counsel for Plaintiff in the above civil action, hereby certifies that he has

this day served a copy of the foregoing

      1.     Notice of Leave of Absence

upon all judges, clerks, and opposing counsel listed on the attached Exhibit "A" by depositing

same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This the 6th day of August 2020.

Respectfully submitted,

MONGE & ASSOCIATES,

*/s/ Amir Nowroozzadeh*

_____

Amir Nowroozzadeh, Esq.
Georgia State Bar No. 917064
Attorney for Plaintiff

8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350
800-899-5750
Amir@Monge.Lawyer

EXHIBIT "A"

| Case No<br>Case Name | Name/Judge<br>Court/County | Opposing Counsel<br>Name/Address | Clerk's Address |
|---|---|---|---|
| 18V0133<br>Anthony v. Damico. | Scott L. Ballard<br>Upson County Superior Court | Rachel R. Krause, Esq.<br>Lewis Brisbois Bisgaard &<br>Smith, LLP<br>1180 Peachtree Street, NE<br>Suite 2900<br>Atlanta, Georgia 30309<br><br>Karl P. Broder, Esq.<br>Beck Own & Murray<br>100 South Hill Street<br>Suite 600<br>Griffin, Georgia 30223 | Clerk of Superior Court<br>P.O. Box 469<br>Thomaston, Georgia 30286 |
| 19EV005429<br>Baker v Johnson-Weitz | Diane E. Bessen<br>Fulton County State Court | Diego Cardenas, Esq.<br>Vernis & Bowling of Atlanta,<br>LLC<br>30 Perimeter Park Drive<br>Suite 200<br>Atlanta, Georgia 30341 | Clerk of State Court<br>Justice Center Tower<br>TG 800<br>185 Central Avenue SW<br>Atlanta, Georgia 30303 |
| SUCV2018000732<br>Brown v. Owen | Meng Lim<br>Polk County Superior Court | Gregory H. Brack, Esq.<br>Brack & Westee, P.C.<br>378 Lawrence Street<br>Marietta, Georgia 30060 | Clerk of Superior Court<br>P.O. Box 948<br>Cedartown, Georgia 30125 |

| | | David C. Marshall, Esq.<br>Christian Lang, Esq.<br>Hawkins Parnell & Young, LLP<br>303 Peachtree Street, NE<br>Suite 4000<br>Atlanta, Georgia 30308<br><br>David M. Atkinson, Esq.<br>Avery G. Carter, Esq.<br>Swift Currie McGhee & Hiers<br>The Peachtree<br>Suite 300<br>1355 Peachtree Street, N.E.<br>Atlanta, Georgia 30309 | |
|---|---|---|---|
| 2020CV067<br>Callaway v. Sanford | Not assigned<br>Irwin Superior Court | | Clerk of Superior Court<br>Irwin County Courthouse<br>Courthouse Square<br>301 South Irwin Avenue<br>Ocilla, Georgia 31774 |
| 2020SV-0284<br>Carter v. Shellnut | Jason B. Thompson<br>Fayette State Court | | Clerk of State Court<br>P.O. Box 130<br>Fayetteville, Georgia 30214 |
| 20-C-01883-S5<br>Christian v. McDonald's et al | Pamela D. South<br>Gwinnett State Court | Carrie Christie, Esq.<br>Kristina E. Thompson, Esq.<br>Rutherford & Christie, LLP<br>225 Peachtree Street NE<br>South Tower, Suite 1750<br>Atlanta, Georgia 30303 | Clerk of State Court<br>P.O. Box 880<br>Lawrenceville, Georgia 30046 |
| | | | |

| | | | |
|---|---|---|---|
| STCV19-02212<br>Bridgett v. Pearce and Dailey | Gregory Sapp<br>Chatham State Court | Jeffrey N. Powers, Esq.<br>C. Adam Beecher, Esq.<br>Powers Law Group<br>3557 Vineville Avenue<br>Macon Georgia 31204<br><br>Walter W. Ballew, Esq.<br>Barrow & Ballew, P.C.<br>P.O. Box 8186<br>Savannah, Georgia 31412<br><br>Crystal S. Lang, Esq.<br>Young, Thagard, Hoffman<br>P.O. Box 3007<br>Valdosta, Georgia 31604<br><br>G. Mason White, Esq.<br>Brennan, Harris & Rominger<br>P.O. Box 2784<br>Savannah, Georgia 31402 | Clerk State Court<br>Chatham County Courthouse<br>Room 501<br>133 Montgomery Street<br>Savannah, Georgia 31404 |
| 2020CV334663<br>Dawson v. Worelds | Robert McBurney<br>Fulton Superior Court | Reid Brownsmith, Esq.<br>Worsham Corsi Scott<br>P.O. Box 674027<br>Marietta, Georgia 30006 | Clerk Superior Court<br>Lewis Slaton Courthouse<br>Suite C-640<br>136 Pryor Street SW<br>Atlanta, Georgia 30303 |
| 2020CV337227<br>Dennis v. Roadrunner et al | Emily Richardson<br>Fulton Superior Court | | Clerk Superior Court<br>Lewis Slaton Courthouse<br>Suite C-640<br>136 Pryor Street SW<br>Atlanta, Georgia 30303 |
| | | | |

| | | | |
|---|---|---|---|
| 20-C-00764-S3<br>Delgado v. Scully | Carla Brown<br>Gwinnett State Court | | Clerk of State Court<br>P.O. Box 880<br>Lawrenceville, Georgia 30046 |
| 20-C-01267-S2<br>Devenpeck v. Crawford | Shawn F. Bralton<br>Gwinnett State Court | Yaa A. Boachie, Esq.<br>Worsham, Corsi, Scott<br>P.O. Box 674027<br>Marietta, Georgia 30006 | Clerk of State Court<br>P.O. Box 880<br>Lawrenceville, Georgia 30046 |
| SUCV2019001537<br>Fox v. Bowen | John M. Ott<br>Newton Superior Court | Susan S. Elder, Esq.<br>Cowsert Heath, LLP<br>P.O. Box 627<br>Athens, Georgia 30603 | Clerk Superior Court<br>Newton County Judicial<br>Center<br>1132 Usher Street NW<br>Covington, Georgia 30014 |
| 2019-CV-0078<br>Goman v. Stevens | Russell W. Smith<br>Rabun Superior Court | Michael D. St. Amand, Esq.<br>Gray Rust St. Amand Moffett<br>950 East Paces Ferry Road<br>Suite 1700<br>Salesforce Atlanta Tower<br>Atlanta, Georgia 30326<br><br>Thomas S. Bechtel, Esq.<br>Bechtel Law, LLC<br>4180 Providence Road<br>Suite 111<br>Marietta, Georgia 30062 | Clerk Superior Court<br>25 Courthouse Square<br>Clayton County, Georgia<br>30525 |
| 20A79861<br>Guzman v. Bayly | Wayne Purdom<br>DeKalb State Court | Joshua Ruplin, Esq.<br>Downey & Cleveland<br>288 Washington Ave<br>Marietta, Georgia 30060 | Clerk State Court DeKalb<br>County<br>DeKalb County Courthouse<br>Second Floor<br>556 North McDonough Street<br>Decatur, Georgia 30030 |
| | | | |

| | | | |
|---|---|---|---|
| 20-A-2440<br>Haire v. Lagardere | Jane P. Manning<br>Cobb State Court | | Clerk of State Court<br>State Court Building B<br>12 East Park Square<br>Marietta, Georgia 30090 |
| 20-C-02453-S6<br>Hendrick v. Duncan | John F. Doran<br>Gwinnett State Court | | Clerk of State Court<br>P.O. Box 880<br>Lawrenceville, Georgia 30046 |
| STSV2020000824<br>Henry v. Braudy | Pandora E. Palmer<br>Henry County State Court | S.E. Moody, III, Esq.<br>Andrew Bryce Moody, Esq.<br>921 Carroll Street<br>Perry, Georgia 31069 | Clerk of State Court<br>One Judicial Center<br>Suite 120<br>44 John Frank Boulevard<br>McDonough, Georgia 30253 |
| STCV2020000047<br>Jacome v. Anghel | Not assigned<br>Catoosa State Court | Sharon E. Andrews, Esq.<br>Law Office T. Tamara Gauldin<br>1050 Crown Pointe Parkway<br>Suite 550A<br>Atlanta, Georgia 30338<br><br>Gilliam S. Crowl, Esq.<br>Mike O. Crawford, Esq.<br>Swift Currie McGhee Hiers<br>1355 Peachtree Street NE<br>Suite 300<br>Atlanta, Georgia 30309 | Clerk of State Court<br>Catoosa County Courthouse<br>875 Lafayette Street<br>Ringgold, Georgia 30736 |
| 19A74765<br>Jeffers v. Sealy | Stacey K. Hydrick<br>DeKalb State Court | Lynn Betz, Esq.<br>Lynn Lenard & Associates<br>2400 Centuty Parkway<br>Suite 200<br>Atlanta, Georgia 30345 | Clerk State Court DeKalb<br>County<br>DeKalb County Courthouse<br>Second Floor<br>556 North McDonough Street<br>Decatur, Georgia 30030 |
| | | | |

| 19CV00147JB<br>Jones v Desin | Jimmie H. Brown<br>Lee County Superior Court | Virgil Ref Theus, Esq.<br>P.O. Box 5726<br>Columbus, Georgia 31906<br><br>Jeremy W. Willis, Esq.<br>Young, Thagard, Hoffman,<br>Smith, Lawrence & Shenton<br>P.O. Box .3007<br>Valdosta, Georgia 31604 | Clerk of Superior Court<br>P.O. Box 49<br>Leesburg, Georgia 31763 |
| --- | --- | --- | --- |
| 2020CV336653<br>Jones v. Stokes | Shawn E. Lagrua<br>Fulton Superior Court | Mark M. Turner, Esq.<br>Law Office Nancy Phillips<br>3200 Windy Hill Road Se<br>Suite 925E<br>Atlanta, Georgia 30339 | Clerk of Fulton County<br>Superior Court<br>Lewis Slaton Courthouse<br>136 Pryor Street SW<br>Atlanta, Georgia 30303 |
| 20SC-0083-A<br>Jones v. Storm | Leslie Abernathy-Maddox<br>Forsyth State Court | Jason G. Wyrick, Esq.<br>Maggie Beall, Esq.<br>J. Robb Cruser, Esq.<br>Cruser, Mitchell, Novitz,<br>Sanchez, Gaston & Zimet, LLP<br>Meridian II, Suite 2000<br>275 Scientific Drive<br>Peachtree Corners, Georgia<br>30092 | Clerk of Forsyth State Court<br>Forsyth County Courthouse<br>101 East Courthouse Square<br>Cumming, Georgia 30040 |
| SUCV2019000180<br>LaFrage v. Staffins | Eugene M. Benton<br>Walton County Superior Court | Steven Heath, Esq.<br>Matthew Mosley, Esq.<br>Cowsert Heath, LLP<br>P.O. Box 627<br>Athens, Georgia 30603 | Clerk of Walton County<br>Superior Court<br>Walton County Government<br>Building<br>303 South Hammond Drive<br>Monroe, Georgia 30655 |
|  |  |  |  |

| | | | |
|---|---|---|---|
| 20-CV-001133-P1<br>Lindley v. Reiman | P1<br>Paulding County Superior Court | J. Colby Jones, Esq.<br>Downey & Cleveland, LLP<br>288 Washington Avenue<br>Marietta, Georgia 30060 | Clerk of Superior Court<br>Judicial Building<br>280 Constitution Blvd<br>Dallas, Georgia 30132 |
| 20-C-04119-S2<br>Mike v. Barry | Emily Brantley<br>Gwinnett State Court | | Clerk of State Court<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 |
| SPCV18-00915-KA<br>Miller v. Atlanta Gas, et al | Benjamin W. Karpf<br>Chatham County Superior Court | Dana D. Braun, Esq.<br>Ellis, Painter, Ratterree & Adams, LLP<br>P.O. Box 9946<br>Savannah, Georgia 31412<br><br>Gregory Hodges, Esq.<br>Oliver Maner, LLP<br>218 W. State Street<br>Savannah, Georgia 31401 | Clerk of Superior Court<br>340 Chatham Cty Courthouse<br>133 Montgomery Street<br>Savannah, Georgia 31401 |
| 19-C-06416-S3<br>Monroe v. Diggs | Carla E. Brown<br>Gwinnett County State Court | | Clerk of State Court<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 |
| 20-A-2029<br>Peeples v. Holkenborg | Judge not assigned<br>Cobb County State | M. Boyd Jones, Esq.<br>Busch, Reed, Jones, Leeeper<br>639 Whitlock Ave, SW<br>Marietta, Georgia 30064 | Clerk of State Court<br>State Court Building B<br>12 East Park Square<br>Marietta, Georgia 30090 |
| 2019CR053<br>Perez v. Hancock | Herbert W. Benson<br>Tift County State Court | | Clerk of State Court<br>P.O. Box 354<br>Tifton, Georgia 31793 |
| | | | |

| 19A76964<br>Phillips v. Tripplett | Wayne Purdom<br>DeKalb State Court | Rashawn N. Jones, Esq.<br>Law Office of Nancy W.<br>Phillips<br>3200 Windy Hull Road, SE<br>Suite 925E<br>Atlanta, Georgia 30339 | Clerk State Court DeKalb<br>County<br>DeKalb County Courthouse<br>Second Floor<br>556 North McDonough Street<br>Decatur, Georgia 30030 |
|---|---|---|---|
| 19-CV-003250-P2<br>Ramdhan v. Parker | P2<br>Paulding Superior Court | Bovis, Kyle, Burch & Medlin,<br>LLC<br>Charles M. Medlin, Esq.<br>200 Ashford Center North<br>Suite 500<br>Atlanta, GA 30338-2668 | Clerk of Superior Court<br>Judicial Building<br>280 Constitution Blvd<br>Dallas, Georgia 30132 |
| 2019SV-0087<br>Roberson v. Whitwood | Jason B. Thompson<br>Fayette County State Court | Wm. Mark Amos, Esq.<br>Lynn Leonard & Associates<br>2400 Century Parkway<br>Suite 200<br>Atlanta, Georgia 30345<br><br>Steven A. Miller, Esq.<br>Law Office of Nancy W.<br>Phillips<br>3200 Windy Hill Road, SE<br>Suite 925E<br>Atlanta, Georgia 30339 | Clerk of State Court<br>P.O. Box 130<br>Fayetteville, Georgia 30214 |
|  |  |  |  |

| | | | |
|---|---|---|---|
| 19-C-02974-S4<br>Robinson v. Hernandez | Joseph C. Iannazzone<br>Gwinnett County State Court | Lindsay L. Reese, Esq.<br>Law Office of Nancy W.<br>Phillips<br>3200 Windy Hill  Road SE<br>Suite 925E<br>Atlanta, Georgia 30339<br><br>Josanne Celestine, Esq.<br>Dodson & Associates<br>P.O. Box 2903<br>Hartford, CT 06104 | Clerk of State Court<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 |
| 18-A-3300<br>Sanders v. Johnson | Jane P. Manning<br>Cobb County State Court | Joshua S. Ruplin, Esq.<br>Sarah G. Darden, Esq.<br>Downey & Cleveland, LLP<br>288 Washington Avenue<br>Marietta, Georgia 30060<br><br>Kristen J. Medwick, Esq.<br>Worshan, Corsi, Scott & Dobur<br>P.O. Box 674027<br>Marietta, Georgia 30006 | Clerk of State Court<br>State Court Building B<br>12 East Park Square<br>Marietta, Georgia 30090 |
| 20CV00090<br>Simmons v Cloud | No judge assigned<br>Dade County Superior Court | | Clerk of Court Dade County<br>P.O. Box 417<br>Trenton, Georgia 30752 |
| 18/-C-09519-S1<br>Sirmans v. Thaker | Emily Brantley<br>Gwinnett County State Court | J. Colby Jones, Esq<br>Downey & Cleveland, LLP<br>288 Washington Ave'<br>Marietta, Georgia 30060 | Clerk of State Court<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 |
| | | | |

12

| | | | |
|---|---|---|---|
| 20-C-03000-S6<br>Smith v. Johnson | Shawn Bratton<br>Gwinnett State Court | Matthew McKagen, Esq.<br>Law Office of McLaughlin<br>360 Interstate N Parkway SE<br>Suite 375<br>Atlanta, Georgia 33039 | Clerk of State Court<br>75 Langley Drive<br>Lawrenceville, Georgia 30046 |
| 19A75338<br>Smith v. Alexander | Dax Lopez<br>DeKalb State Court | Joel E. Hausman, Esq.<br>Downey & Cleveland<br>288 Washington Ave<br>Marietta, Georgia 30060 | Clerk State Court DeKalb<br>County<br>DeKalb County Courthouse<br>Second Floor<br>556 North McDonough Street<br>Decatur, Georgia 30030 |
| 2020SV452N<br>Taylor v. Meacham | B E Roberts<br>Hall County State Court | | Clerk of Court Hall County<br>Hall County Courthouse<br>225 Green Street SE<br>Gainesville, Georgia30501 |
| 2020SV341N<br>Valladares v. Luviano | B E Roberts, III<br>Hall County State Court | Rashawn Jones, Esq.<br>Law Office Nancy Phillips<br>3200 Windy Hill Road SE<br>Suite 925E<br>Atlanta, Georgia 30339 | Clerk of Court Hall County<br>Hall County Courthouse<br>225 Green Street SE<br>Gainesville, Georgia30501 |
| SUCV2020000425<br>Walthour v. Griffin | Judge not assigned<br>Camden Superior Court | | Clerk of Court Camden<br>County<br>P.O. Box 550<br>Woodstock, Georgia 31569 |
| SUCV202000192<br>Cypress v. Martin | RG<br>Union Superior Court | | Clerk of Court<br>Union County Courthouse<br>65 Courthouse Street<br>Blairsville, Georgia 30512 |
| | | | |

| 20-A-1313<br>Henry v. Kennedy | Carl W. Bowers<br>Cobb State Court | Jessica E. Sanford, Esq.<br>Fain Major & Brennan, P.C.<br>One Premier Plaza<br>5605 Glenridge Drive, NE<br>Suite 900<br>Atlanta, Georgia 30342 | Clerk of State Court<br>State Court Building B<br>12 East Park Square<br>Marietta, Georgia 30090 |
| 20-SCCV-091398<br>Sellars v Beddingfield | JBH<br>Bibb State Court | Dennis L. Duncan, Esq.<br>300 Mulberry Street<br>Suite 503<br>Macon, Georgia 31201 | Clerk of County<br>Bibb County Courthouse<br>Room 500<br>Macon, Georgia 31201 |

SHERIFF'S ENTRY OF SERVICE

Print Form

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
MAGISTRATE COURT Y, GEORGIA
STATE COURT 2020000425
PROBATE COURT

Civil Action No. SUCV2020000425

Superior Court ☐
State Court ☐
Juvenile Court ☐

AUG 12, 2020 08:35 AM

Date Filed 5/8/2020

Georgia, Camden

COUNTY

Anetria M. Walthour

Joy Turner, Clerk
Camden County, Georgia

Attorney's Address

Amir Nowroozzadeh/Monge & Associates

Plaintiff

8205 Dunwoody Place, Building 19

Atlanta, Georgia 30350

VS.

Jeffery M. Griffin

Name and Address of Party to Served

Jeffery M. Griffin

1523 Juniper Ave.

Defendant

Coos Bay, OR 97420

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _JEFFERY M GRIFFIN_ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation

☐ by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant
☐ not to be found in the jurisdiction of this Court.

This _28_ day of _JULY_, 20_20_

DEPUTY

_B.V.L._ DEPUTY

CLERK'S COPY

COOS COUNTY SHERIFF
CIVIL DIVISION
250 N. BAXTER ST.
COQUILLE, OR 97423
541-396-7909