# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ANETRIA M. WALTHOUR, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-89 |
| v. | * | |
| JEFFREY M. GRIFFIN; and TEKIN ENTERPRISES, LLC d/b/a OPS PIZZA KITCHEN & CAFÉ, INC., | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 46. No party to this action filed Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES as moot** Defendants' Motion to Strike, or, in the Alternative, Dismiss Plaintiff's Second Amended Complaint. The Court also **LIFTS** the stay in this case, dkt. no. 41.

SO ORDERED, this 27 day of October, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)